# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**BRUCE LARKIN,**

        **Plaintiff,**

**v.**                                                      **Case No:   6:15-cv-1295-Orl-31GJK**

**FORT GATLIN SHOPPING CENTER,
LLC, BRAZAS CHICKEN, INC. and C.
JORDAN ENTERPRISES, INC.,**

        **Defendants.**

_____

# ORDER

This cause comes before the Court on Fort Gatlin Shopping Center and Friendly Confines' Motion for Sanctions (Doc. 47), filed August 30, 2016; Plaintiffs Motion to Withdraw "Deemed Admissions" (Doc. 59), filed September 24, 2016; and Plaintiff's Motion for Sanctions (Doc. 64), filed September 30, 2016.

On December 8, 2016, the United States Magistrate Judge issued a report (Doc. 83) recommending that the motions be denied. No objections have been filed.   Therefore, it is

**ORDERED** as follows:

1.     The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2.     The Gatlin Defendants' Motion for Sanctions (Doc. 47) is **DENIED**.

3.     Plaintiff's Motion to Withdraw Admissions (Doc. 59) is **DENIED** as moot.

4.      Plaintiff's Motion for Sanctions (Doc. 64) is **DENIED**.


**DONE** and **ORDERED** in Chambers, Orlando, Florida on December 28, 2016.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE


Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party